UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 17-cr-00216 (CKK) |
| **TIFFANY HENRY, et. al,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Kelly L. Smith. AUSA Kelly L. Smith will be substituting for AUSA Lisa Walters.

                                                            Respectfully submitted,

                                                            MICHAEL R. SHERWIN
                                                            ACTING UNITED STATES ATTORNEY
                                                            New York Bar No. 4444188

By:    */s/ Kelly L. Smith*_____
              Kelly L. Smith
              Assistant United States Attorney
              New York Bar No. 5321971
              United States Attorney's Office for D.C.
              Federal Major Crimes Section
              555 Fourth Street, N.W., Fourth Floor
              Washington, D.C. 20530
              E-mail: Kelly.Smith@usdoj.gov
              Telephone: (202) 436-5921

## CERTIFICATE OF SERVICE

On this 2nd day of November, 2020, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>/s/ Kelly L. Smith
>Kelly L. Smith
>Assistant United States Attorney